UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## I N T E R O F F I C E   M E M O R A N D U M

**TO:** Diane Marcot, Courtroom Clerk
of the Honorable William B. Shubb

**FROM:** Rafael G. Loya
Senior United States Probation Officer

**DATE**: August 28, 2006

**SUBJECT:** Christopher Raphael ARGOTA
Docket Number:   2:03CR00177-01
<u>REQUEST FOR CONTINUANCE</u>

This is to advise that we are requesting this matter be continued on Your Honor's calendar from August 30, 2006, to October 4, 2006, at 9:00 a.m. for initial appearance on a Violation of Supervised Release 12C Petition.

**Reviewed by:**     /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

RGL:cj
cc:   Probation Office
Laura Ferris, Assistant United States Attorney
Timothy L. Zindel, Defense Counsel


 X    **Approved**         Date:  August 29, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (NO SCHED).WPD