UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

RE:     **Christopher Raphael ARGOTA**
    **Docket Number: 2:03CR00177-01**
    <u>**SUPERVISED RELEASE VIOLATION**</u>

Your Honor:

On August 8, 2006, a petition was filed to show cause why supervision should not be revoked. On October 4, 2006, the offender appeared before Your Honor and admitted Charge 1 and 2 on the Violation of Supervised Release Petition filed on August 8, 2006. The matter was continued for a Dispositional Hearing on December 6, 2006, and the offender remained at liberty.

On December 6, 2006, the offender failed to appear in court for Dispositional Hearing as instructed to do so by the Court.

In view of the above, it is recommended that a bench warrant be issued by the Court for Failure to Appear on December 6, 2006.

**I declare under the penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON:** December 6, 2006
                Elk Grove, California
                RGL:cp

Respectfully submitted,

/s/Rafael G. Loya
**RAFAEL G. LOYA**
**Senior United States Probation Officer**
Telephone: (916) 683-4375

**REVIEWED BY:**   /s/Kyriacos M. Simonidis_____
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

Re:   Christopher Raphael ARGOTA
      Docket Number: 2:03CR00177-01

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( X )  The issuance of a bench warrant

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( X )  Defendant is ordered detained, to be brought before District Judge forthwith.

Date:  December 6, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
      United States Marshal Service